VOUGHT v. COLUMBUS, HOCKING VALLEY AND ATHENS RAILROAD COMPANY.   Error to the Supreme Court of the State of Ohio. No. 92. ' Submitted February 26, 1900.

MR. JUSTICE BROWN delivered the opinion of the court.

This was also a petition by a land owner for damages which he avers will be caused by the abandonment of the canal.  The case took the same course as the case of *Walsh,* and the same judgment was rendered.  So far as the constitutional question is concerned, the cases are precisely alike, and the judgment is accordingly

*Affirmed.*

This was submitted with No. 90, *ante,* 469, and by the same counsel.